# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Victor B. Perkins, | No. 24-cv-140 (KMM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Jared Rardin, *Warden*, | |
| Respondent. | |

This matter is before the Court on Petitioner Victor Perkins' Applications to Proceed In Forma Pauperis on Appeal. ECF 19–20. Mr. Perkins filed a notice of appeal regarding this Court's denial of his habeas petition. Notice, ECF 18; Order, ECF 16.

Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's two applications to proceed in forma pauperis on appeal are **GRANTED**.

Date: September 25, 2024

      *s/ Katherine Menendez*
      Katherine Menendez
      United States District Judge